# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAY MARION CUDDY,

    Defendant.

Case No. 2:93-cr-00219-LDG (RJJ)
Case No. 2:11-cv-00076-LDG

**ORDER**

    The defendant, Ray Marion Cuddy, moves pursuant to 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody (#320).

    This Court sentenced defendant in February 1997. The Ninth Circuit Court of Appeals affirmed defendant's conviction and sentence on July 23, 1998.

    Though substantially more than a decade has passed since defendant's judgment of conviction became final, he has not provided any explanation as to why §2255's one-year statute of limitations does not bar his present motion. Further, nothing in defendant's motion suggests that his motion is not barred by the one-year statute of limitations.

    Accordingly,

THE COURT **ORDERS** that Defendant Ray Marion Cuddy's Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#320) is DISMISSED.

DATED this ___19___ day of May, 2011.

_____
Lloyd D. George
United States District Judge

2